**SO ORDERED.**
SIGNED this 3rd day of November, 2014

_/s/ Marcia P. Parsons_
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:     CHRISTOPHER KEITH MCNEAL                #09-36572
           ANGELA GAIL MCNEAL                      Chapter 13

ORDER

Bank of America, N.A. having filed a response in agreement with the Chapter 13 Trustee's Notice of Final Cure as required by Federal Bankruptcy Rule 3002.1(g); it is hereby

**ORDERED** that the debtor(s)' mortgage loan serviced by Bank of America, N.A. is hereby deemed current through the month of September 2014.

# # #

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
865-524-4995